**\*\*E-filed 03/19/2010\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE DEMAS WAI YAN,<br><br>        Debtor,<br>_____<br><br>TONY FU,<br><br>        Plaintiff and Appellant<br>    v.<br><br>DEMAS YAN, et al.,<br><br>        Defendants and Appellees.<br>_____/ | No. C 09-3930 RS<br><br>**ORDER** |

   This fully-briefed appeal of a bankruptcy court order was transferred to the undersigned on March 18, 2010. The order transferring the action vacated the pending hearing date and directed that it be renoticed. The parties, however, have each expressly waived oral argument in their respective briefs. Accordingly, the matter is now submitted for decision, and no hearing shall be renoticed.

Dated: 03/19/2010

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE